petitioner. *J. C. Murphy* and *Henry L. Bowden* for respondents.

No. 37, Misc. ROUZER *v.* ASHE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 71, Misc. PHYLE *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF MARIN. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner.

No. 100, Misc. EDMISTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 105, Misc. SISKIND *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Melvin Richter* for the United States.

No. 139, Misc. FULLUM *v.* KEENAN, SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied. *Carl Blanchfield* for petitioner.

No. 146, Misc. CROGHAN *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ernest Woodward* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Joseph Kovner* for the United States.

No. 152, Misc. DUNNE *v.* RAILROAD RETIREMENT BOARD. C. A. 7th Cir. Certiorari denied.

No. 154, Misc. JOHNSON *v.* LAWRENCE, SUPERINTENDENT. Supreme Court of Louisiana. Certiorari denied.